# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| WILSON CARSTAFFIN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV416-103 |
| | ) | |
| JOHN BOYETT, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

On November 15, 2016, the Court ordered petitioner Wilson Carstaffin to show cause why his case should not be dismissed for failure to pay his filing fee or file a completed *in forma pauperis* (IFP) form. *See* doc. 5. Petitioner responded, by letter,[1] attesting that he had attempted to pay by money order and would provide proof of that payment or another payment by money order in short order. Doc. 6. Taking petitioner at his word, the Court will give him an extension of time to

---

[1] Parties should submit to this Court formal complaints, petitions, briefs and motions, not letters. Letters also can get lost, while formal filings are filed in the record of each case. This creates a public record of a matter presented for the Court's consideration. *See In Re: Unsolicited Letters to Federal Judges*, 120 F. Supp. 2d 1073 (S.D. Ga. 2000). Motions also get placed on the Court's "pending motions" list, while letters do not (hence, they might be ignored). For that matter, the federal rules specifically require that requests for a court order be made "by motion." Fed. R. Civ. P. 7(b)(1).

pay his filing fee. Within 14 days of the date this Order is served, Carstaffin is **ORDERED** to pay his filing fee or the case will be recommended for dismissal. *See* Fed. R. Civ. P. 41(b); S.D. Ga. L.R. 41.1(c).; *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, CV491-277 (S.D. Ga. June 10, 1992).

**SO ORDERED**, this   22nd   day of November, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA