# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| WILSON CARSTAFFIN, JR., | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | CV416-103 |
| JOHN BOYETT, | ) ) | |
| Respondent. | ) | |

## ORDER

Because petitioner Wilson Carstaffin has since paid his filing fee, the Order to Show Cause (doc. 7) is **VACATED**. Carstaffin's habeas petition will be screened under Rule 4 of the Rules Governing Section 2254 Cases in a separate order.

**SO ORDERED**, this 5th day of December, 2016.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA